**Order entered May 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00261-CV

### IN THE INTEREST OF C.R.K., A CHILD

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-50620-2010**

## ORDER

By letter dated April 11, 2019, we questioned our jurisdiction over this appeal as it appeared it was moot. We directed appellant to file a letter brief addressing our concern and cautioned that failure to comply by April 23, 2019 could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(a),(c).

Appellant failed to comply, but on May 6, 2019, filed her brief on the merits. The brief, however does not address the jurisdictional question. Accordingly, we **ORDER** appellant to file a letter brief in compliance with our April 11th letter no later than June 10, 2019. Appellee may file any response within ten days of the filing of appellant's letter brief. A copy of our April 11th letter is attached for the parties' convenience.

We again caution appellant that failure to comply may result in dismissal of the appeal. *See id.* 42.3(a),(c).

/s/     BILL WHITEHILL
        JUSTICE